UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALEAK ROBERT CHANDLER,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL PITTARO, *NEW DIRECTOR OF CORRECTIONS*; JAMES C. KOSTURA, *DIRECTOR OF CORRECTIONS*; DAVID J. PENCHISHEN, *WARDEN OF NORTHAMPTON COUNTY PRISON*;<br>    Defendants. | :<br>:<br>:<br>:  No. 5:24-cv-3502<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 19th day of August, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion for Judgment on the Pleadings, ECF No. 19, is **GRANTED**.

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and against Plaintiff.

3. The Clerk of Courts shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge